UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS JOE QUINN | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CV-1350-Y |
| | § | |
| TARRANT COUNTY COLLEGE | § | |
| DISTRICT | § | |

### FINAL JUDGMENT

In accordance with the order issued on this same day and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendant in this action are hereby **DISMISSED WITHOUT PREJUDICE**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED May 20, 2022.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT- PAGE SOLO